838

No. 88–7481. HADLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–7482. JOHNSON v. PENNSYLVANIA WIRE & ROPE CO., INC. C. A. 4th Cir. Certiorari denied.

No. 88–7483. GREGOR ET UX. v. BELL FEDERAL SAVINGS & LOAN ASSN. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 88–7484. GREGOR v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 88–7485. BEAN v. COHN, SUPERINTENDENT, INDIANA STATE REFORMATORY. C. A. 7th Cir. Certiorari denied.

No. 88–7486. CARLTON v. BERG. C. A. 6th Cir. Certiorari denied.

No. 88–7489. NICKENS v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 88–7490. HOLLOWAY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 88–7491. VAN LEEUWEN ET VIR v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–7493. VARGAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–7496. DONNELL v. GENERAL MOTORS CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–7497. KOLTERYHAN v. TRUMBULL COUNTY CHILDREN SERVICES BOARD. Ct. App. Ohio, Trumbull County. Certiorari denied.

No. 88–7498. BORDELON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.